UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIELDTURF USA, INC., a Florida corporation; FIELDTURF TARKETT INC., a Canadian company,<br><br>                Plaintiffs,<br><br>v.<br><br>TURF TECHNOLOGIES, INC., a California corporation,<br><br>                Defendant. | Civil No. 07cv1163-BTM (BLM)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

       On <u>July 31, 2007</u> at <u>1:45 p.m.</u>, the Court convened an Early Neutral Evaluation Conference (ENE) in the above-entitled action. Jody Factor and Andrea Kimball appeared on behalf of Plaintiffs. Matthew Miller and Peter Polishchuk appeared on behalf of Defendant.

       Settlement of the case could not be reached at the ENE and the Court therefore discussed compliance with Rule 26 of the Federal Rules of Civil Procedure. Based thereon, the Court issues the following orders:

       1. Any objections made to initial disclosure pursuant to Rule 26(a)(1)(A-D) are overruled, and the parties are ordered to proceed with the initial disclosure process. Any further objections

1  to initial disclosure will be resolved as required by Rule 26;

2      2.   The Rule 26(f) conference shall be completed on or
3  before **August 14, 2007**;

4      3.   A joint discovery plan shall be <u>lodged</u> with Magistrate
5  Judge Barbara L. Major on or before **August 21, 2007**;

6      4.   Initial disclosures pursuant to Rule 26(a)(1)(A-D) shall
7  occur on or before **August 28, 2007**;

8      5.   On or before **August 31, 2007**, the parties shall submit
9  a proposed protective order for the Court's review.  The proposed
10 protective order shall include the following language:

11     a.   "Subject to public policy and further Court Order,
12 nothing shall be filed under seal, and the Court shall not be
13 required to take any further action with regard to material a party
14 has designated as 'Confidential' without separate prior Court Order
15 made after application by either party"; and

16     b.   "This Order is made without prejudice to either
17 party seeking a further Order concerning any document or information
18 felt to be entitled to a greater degree of protection."

19     6.   A Case Management Conference pursuant to Rule 16(b)
20 shall be held on **September 7, 2007** at **9:15 a.m.**, or as soon
21 thereafter as the Court's calendar will allow, with the chambers of
22 Magistrate Judge Major.  **Counsel shall appear telephonically.**  The
23 Court will initiate the conference call.

24 ///
25 ///
26 ///
27 ///
28 ///

1     Parties are hereby warned that failure to comply with this
2  Order may result in the imposition of sanctions.  Additionally,
3  failure to respond to discovery requests or to comply with the
4  Federal Rules of Civil Procedure regarding discovery may result in
5  the imposition of sanctions including monetary sanctions, eviden-
6  tiary sanctions and the dismissal or default of your case.

7     **IT IS SO ORDERED.**

9  Dated: <u>July 31, 2007</u>                  *Barbara L. Major* (signature)
10                                              BARBARA L. MAJOR
                                                United States Magistrate Judge

12  COPY TO:

13  HONORABLE BARRY TED MOSKOWITZ
    UNITED STATES DISTRICT JUDGE
14
    ALL COUNSEL AND PARTIES