| | |
|---|---|
| Jody L. Factor *(pro hac vice)* <br> Nicholas S. Lee *(pro hac vice)* <br> FACTOR & LAKE, LTD. <br> 1327 W. Washington Blvd., Suite 5/H <br> Chicago, IL 60607 <br> Telephone: 312.226.1818. <br> Fax: 312.226.1919 <br> E-Mail: jfactor@factor-lake.com <br> E-Mail: nlee@factor-lake.com <br><br> Attorneys for Plaintiffs FieldTurf USA, Inc. and FieldTurf Tarkett Inc. <br><br> Callie A. Bjurstrom, State Bar No. 137816 <br> Andrea M. Kimball, State Bar No. 196485 <br> LUCE, FORWARD, HAMILTON & SCRIPPS LLP <br> 600 West Broadway, Suite 2600 <br> San Diego, California 92101-3372 <br> Telephone: (619) 236-1414 <br> Facsimile: (619) 232-8311 <br> Email: cbjurstrom@luce.com <br> akimball@luce.com <br><br> Local Counsel for Plaintiffs <br> FieldTurf USA, Inc. and FieldTurf Tarkett Inc. | Matthew R. Miller (SBN 120527) <br> DREHER LAW FIRM <br> Historic Louis Bank of Commerce Building <br> 835 Fifth Avenue, Suite 202 <br> San Diego, California 92101 <br> Telephone: (619) 230-8828 <br> Facsimile: (619) 687-0136 <br> Email: mattmiller32@yahoo.com <br><br> Peter M. Polischuk (SBN 086634) <br> ATTORNEY AT LAW <br> 3755 Avocado Boulevard, #520 <br> La Mesa, California 91941-7301 <br> Telephone: (619) 660-6054 <br> Facsimile: (619) 660-2687 <br> Email: amadeus2@pacbell.net <br><br> Attorneys for Defendant Turf Technologies, Inc. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIELDTURF USA, INC., a Florida corporation; FIELDTURF TARKETT INC., a Canadian company, <br><br> Plaintiffs, <br><br> v. <br><br> TURF TECHNOLOGIES, INC., a California corporation, <br><br> Defendant. | Case No. 07cv1163-BTM (BLM) <br><br> **JOINT MOTION FOR EXTENSION OF TIME FOR THE EXPERT DISCOVERY SCHEDULE** <br><br> Magistrate Judge: Barbara L. Major <br> Crtrm. A |

1      The parties to the above-captioned action hereby jointly move this Court for
2 an Order modifying the expert discovery schedule pursuant to the Case Management
3 Conference set by the Court on September 11, 2007 by 21 days, extending the time
4 for:
5      (1) submission of a list of experts from January 25, 2008 to February 15,
6 2008;
7      (2) supplementation of expert designations from February 15, 2008 to
8 March 7, 2008;
9      (3) expert disclosures from March 7, 2008 to March 28, 2008; and,
10      (4) rebuttal expert disclosures from March 28, 2008 to April 20, 2008.
11 This motion has been agreed to by all parties to the above-captioned action and is
12 being sought in the interest of justice, and not for the purposes of delay.
13      At this time, the parties have exchanged limited discoverable information
14 necessary to consult any experts who may potentially be designated for this case, let
15 alone, to prepare a report.  As such, the parties have been and currently are engaged
16 in good faith discussions to resolve disputes between the parties' discovery without
17 the Court's involvement—in hopes of conserving resources of the Court and the
18 parties to this action.  The parties hope to come to an amicable resolution shortly.
19 As a result of these ongoing discussions, the parties' counsel have conferred and
20 determined that the expert discovery schedule cannot realistically be completed by
21 the dates originally set by this Court pursuant to the Case Management Conference.
22 Accordingly, the parties respectfully request that the expert discovery schedule,
23 identified above, be extended by 21 days.
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1  Pursuant to Local Rule 7.2(c), a proposed order modifying the expert
2  discovery schedule date has been submitted by e-mail for the Court's convenience.

4  DATED: January 25, 2008         LUCE, FORWARD, HAMILTON & SCRIPPS LLP

6                                  By: /s/ Callie A. Bjurstrom
                                       Attorneys for Plaintiffs FieldTurf USA, Inc.

7  DATED: January 25, 2008         DREHER LAW FIRM

9                                  By: /s/ Matthew R. Miller
10                                     Attorneys for Defendant Turf Technologies, Inc.

11 101068339.1