**DREHER LAW FIRM**
Robert Scott Dreher (SBN 120527)
Matthew R. Miller (SBN 194647)
Historic Louis Bank of Commerce Building
835 Fifth Avenue, Suite 202
San Diego, California 92101
Telephone: (619) 230-8828
Facsimile: (619) 687-0136

**LAW OFFICE OF PETER M. POLISCHUK**
Peter M. Polischuk (SBN 086634)
3755 Avocado Boulevard, #520
La Mesa, California 91941-7301
Telephone:   (619) 660-6054
Facsimile:    (619) 660-2687

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIELDTURF USA, INC., a Florida Corporation; and FIELDTURF TARKETT INC., a Canadian company,<br><br>    Plaintiffs,<br><br>v.<br><br>TURF TECHNOLOGIES, INC., a California Corporation,<br><br>    Defendant. | Case No.  07cv1163-BTM (BLM)<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL**<br><br>Judge:  Honorable Barry Moskowitz<br><br>Magistrate:  Honorable Barbara J. Major<br><br>Trial Date:  None Set<br><br>Date of Hearing (No Appearance Needed): April 4, 2008<br><br>Time: 11:00 A.M.<br><br>PER CHAMBERS—NO ORAL ARGUMENT UNLESS REQUESTED BY COURT |

PLEASE TAKE NOTICE THAT Defendants' counsel, Robert Scott Dreher and Matthew R. Miller of the Dreher Law Firm and Peter M. Polischuk ask this Court for an Order permitting them to withdraw from further representation of Defendant TURF TECHNOLOGIES, INC. in this case.

The grounds for this Motion are:

1. TURF TECHNOLOGIES, INC. failed to cooperate or communicate with their counsel in the preparation for and defense of this case for at least the past thirty days and has indicated to counsel that no further cooperation in this case will be forthcoming from defendant because defendant has ceased operations, terminated all of its employees, and is contemplating the filing of a bankruptcy proceeding most likely within the next thirty days.

2. Although TURF TECHNOLOGIES, INC. is not presently delinquent in payment of any invoices, the closing of its business, termination of all of its employees and its representation that a bankruptcy petition is imminent indicate that it will not be able to keep its accounts current with counsel for defendant and soon probably will be delinquent in its obligations thereto; and

3. The interests of the Court, the Court's calendars, judicial economy, and the rights and calendars of the litigants would seem to be best-served by withdrawal of counsel at this stage, while time permits defendant, should it decide to retain other counsel to defend this case to properly prepare the defense of this case prior to the trial of this matter.

4. TURF TECHNOLOGIES, INC. will be served with this Motion and supporting papers in the best possible manner by personal service and mail at its last

known addresses, to wit:   1120 Industrial Avenue, Escondido, California 92029,

Their last known telephone numbers are:  760-743-3975 (office) and 760-807-8680 (cell).

This motion is based on this Notice, the Memorandum of Points & Authorities and the Declaration of Peter M. Polischuk filed herewith; the files, records and pleadings in this action; good cause as set forth herein; and such other and further argument and evidence as may be presented at the hearing of this motion.

Dated:  February 29, 2008                    Respectfully submitted,


                                             s/Peter M. Polischuk
                                             Attorney for Defendant
                                             E-mail:  amadeus2@pacbell.net

N:\JD\CASES\246\Pleadings\Withdraw\Notice of Motion and Motion.doc