Jody L. Factor (admitted *pro hac vice*)
Nicholas S. Lee (admitted *pro hac vice*)
FACTOR & LAKE, LTD.
1327 W. Washington Blvd., Suite 5G/H
Chicago, IL 60607
Telephone: 312.226.1818
Fax No.: 312.226.1919
jfactor@factor-lake.com
nlee@factor-lake.com

Callie A. Bjurstrom, State Bar No. 137816
Andrea M. Kimball, State Bar No. 196485
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, California 92101-3372
Telephone No.: 619.236.1414
Fax No.: 619.232.8311
cbjurstrom@luce.com
akimball@luce.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIELDTURF USA, INC., a Florida corporation; FIELDTURF TARKETT INC., a Canadian company,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>TURF TECHNOLOGIES, INC., a California corporation; and DAVID WILLIS, an individual,<br><br>　　　　Defendant. | Case No. 07cv1163-BTM (BLM)<br><br>**PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT**<br><br>Magistrate Judge: Barbara L. Major<br><br>Complaint Filed: March 13, 2007 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiffs FieldTurf USA, Inc. and FieldTurf Tarkett Inc. (collectively "FieldTurf") hereby request that the Clerk of the above-entitled Court enter default in this matter against Defendants Turf Technologies, Inc. and David Willis (collectively "Defendants") on the basis that they have failed to respond to the

Amended Complaint within the time prescribed by the Federal Rules of Civil Procedure.

FieldTurf served the Summons and Amended Complaint on Defendants on May 17, 2008, by personal service, as evidenced by the Proof of Service on file with the Court. Neither FieldTurf nor the Court has granted Defendants any extensions of time to respond to the Amended Complaint.

The above stated facts are set forth in the accompanying declaration of Nicholas S. Lee, filed herewith.

DATED: June 9, 2008         FACTOR & LAKE, LTD

                                         By: /S/Jody L. Factor
                                                  Jody L. Factor, Esq. (*pro hac vice*)
                                                  Attorneys for Plaintiffs

DATED: June 9, 2008         LUCE, FORWARD, HAMILTON & SCRIPPS LLP

                                         By: /S/Andrea M. Kimball
                                             Callie A. Bjurstrom
                                             Andrea M. Kimball
                                             Attorneys for Plaintiffs

101099193.1