1  Jody L. Factor (admitted *pro hac vice*)
   Nicholas S. Lee (admitted *pro hac vice*)
2  FACTOR & LAKE, LTD
   1327 W. Washington Blvd., Suite 5G/H
3  Chicago, IL 60607
   Telephone: 312.226.1818
4  Facsimile: 312.226.1919
   jfactor@factor-lake.com
5  nlee@factor-lake.com

6  Callie A. Bjurstrom (SBN 137816)
   Andrea M. Kimball (SBN 196485)
7  LUCE, FORWARD, HAMILTON, &
   SCRIPPS LLP
8  600 West Broadway, Suite 2600
   San Diego, CA 92101
9  Telephone: 619.236.1414
   Facsimile: 619.232.8311
10 cbjurstom@luce.com
   akimball@luce.com
11
   Attorneys for Plaintiffs
12 FIELDTURF USA, INC. and
   FIELDTURF TARKETT INC.
13
                    **UNITED STATES DISTRICT COURT**
14
                  **SOUTHERN DISTRICT OF CALIFORNIA**
15

16 FIELDTURF USA, INC., a Florida
   corporation; and FIELDTURF               CASE NO. 3:07-cv-01163
17 TARKETT INC., a Canadian company,
                                            District Judge:
18           Plaintiffs,                        Barry T. Moskowitz
19
         vs.                                Magistrate Judge:
20                                              Barbara L. Major
21 TURF TECHNOLOGIES, INC., a
   California corporation; and DAVID        **DECLARATION OF NICHOLAS S.**
22 WILLIS, an Individual,                   **LEE IN SUPPORT OF REQUEST**
                                            **FOR ENTRY OF DEFAULT**
23           Defendants.
24
25
26
27
28

                                    1

I, NICHOLAS S. LEE, declare:

1.     I am an attorney at law duly authorized to appear and participate before this Court and am an associate in Factor & Lake, Ltd., which firm represents Plaintiffs FieldTurf USA, Inc. and FieldTurf Tarkett Inc (collectively "FieldTurf").

2.     On April 25, 2008, FieldTurf filed, with leave of the Court, an Amended Complaint adding David Willis as a co-defendant in his individual capacity and as President of Defendant Turf Technologies, Inc.  Attached hereto as **Exhibit A** is a true and accurate copy of the proof of service on file with the Court, reflecting that Defendant Willis was served with the Summons and Amended Complaint on May 17, 2008, by personal service.

3.     According to Federal Rule of Civil Procedure 12(a)(1)(A), Defendants are afforded 20 days after service of the Summons and Amended Complaint to file and serve an answer.

4.     The time allowed by law for Defendants to respond to FieldTurf's Amended Complaint has expired.

5.     Neither FieldTurf nor the Court have granted Defendants any extension of time to respond to the Complaint.

6.     Defendants have failed to file a pleading or motion permitted by law.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


DATED:  June 9, 2008

Nicholas S. Lee

Attorneys   for   Plaintiffs   FieldTurf USA, Inc. and FieldTurf Tarkett Inc.

# EXHIBIT A

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FIELDTURF USA, INC., a Florida corporation; and
FIELDTURF TARKETT INC., a Canadian
company,

vs

TURF TECHNOLOGIES, INC., a California
corporation, and DAVID WILLIS, an individual,

**SUMMONS IN A CIVIL ACTION**
ON AMENDED COMPLAINT
Case No. 3:07-cv-01163-BTM (BLM)

TO: (Name and Address of Defendant)

```
Turf Technologies, Inc., a California corporation
1120 Industrial Avenue
Escondido, CA 92029
```

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Callie A. Bjurstrom, SB#137816
Andrea M. Kimball, SB#196485
Luce, Forward, Hamilton & Scripps LLP
600 West Broadway, Suite 2600
San Diego, CA 92101
Telephone: 619.236.1414

An answer to the complaint which is herewith served upon you, within ____20____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

J. FARIS

By _____ , Deputy Clerk

MAY 1 5 2008

DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE May 17, 2008 |
| NAME OF SERVER  T DAVIS  Spencer Rowles | TITLE Process Server |

Check one box below to indicate appropriate method of service

| | |
|---|---|
| [XX] | Served personally upon the defendant. Place where served:  7295 Eagle Mountain Road  Bonsall, CA 92003 |
| [ ] | Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein: |
| [ ] | Name of person with whom the summons and complaint were left: David Willis, Agent  Return unexecuted: |
| [ ] | Other (specify): |

## STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $20.00 |
|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: May 17, 2008                     _Spencer Rowles_
                        Date                              Signature of Server
                                            CALEXPRESS   (619)685-1122
                                            917 W. Grape St., San Diego, CA 92101
                                                      Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com

Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FIELDTURF USA, INC., a Florida corporation; and
FIELDTURF TARKETT INC., a Canadian
company,

vs

**SUMMONS IN A CIVIL ACTION**
ON AMENDED COMPLAINT
Case No. 3:07-cv-01163-BTM (BLM)

TURF TECHNOLOGIES, INC., a California
corporation, and DAVID WILLIS, an individual,

TO: (Name and Address of Defendant)

```
David Willis, an individual
7295 Eagle Mountain Road
Bonsall, CA 92003
760.807.8680
```

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY
Callie A. Bjurstrom, SB#137816
Andrea M. Kimball, SB#196485
Luce, Forward, Hamilton & Scripps LLP
600 West Broadway, Suite 2600
San Diego, CA 92101
Telephone: 619.236.1414
An answer to the complaint which is herewith served upon you, within ___20___ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

MAY 1 5 2008

CLERK

DATE

J. PARIS

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE   May 17, 2008 |
| NAME OF SERVER   T. Spencer Rowles | TITLE   Process Server |

Check one box below to indicate appropriate method of service

[XX]   Served personally upon the defendant. Place where served:   7295 Eagle Mountain Road Bonsall, CA 92003

[ ]   Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left:

[ ]   Return unexecuted:

[ ]   Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $91.00 |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: May 17, 2008
_____
Date

Signature of Server   CALEXPRESS  (619)685-1122
917 West Grape Street,
San Diego, CA 92101
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com